UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

ERIC D. GANT,

      Plaintiff,

v.

                                        Case No: 1:25-cv-397

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN,           HON. ROBERT J. JONKER

      Defendant.

_____/

<b><u>ORDER APPROVING AND ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION</u></b>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 15, 2025 (ECF No. 6). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** Plaintiff's complaint (ECF No.1) is **DISMISSED**.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:  <u>May 6, 2025</u>                          <u>/s/ Robert J. Jonker</u>
                                                               ROBERT J. JONKER
                                                               UNITED STATES DISTRICT JUDGE